## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DARRELL W. JENKINS,

    Plaintiff,

   vs.

NEW WEST SPORTS MEDICINE, et al.,

    Defendants.

**8:20CV78**

**ORDER**

   IT IS ORDERED that Plaintiff's motion for extension of time (Filing 9) is granted, as follows: Plaintiff shall have until June 22, 2020 to pay the initial partial filing fee of $3.40.

   Dated this 17th day of April, 2020.

       BY THE COURT:

       *Richard G. Kopf*

       Richard G. Kopf
       Senior United States District Judge