IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARRELL W. JENKINS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEW WEST SPORTS MEDICINE, et al.,<br><br>　　　　　　Defendants. | 8:20CV78<br><br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (Filing No. 12) is granted, and Plaintiff shall have until July 29, 2020, to file an Amended Complaint.

2. The clerk of the court shall reset the pro se case management order accordingly.

Dated this 12th day of June, 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge