IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARRELL W. JENKINS,<br><br>Plaintiff,<br><br>vs.<br><br>NEW WEST SPORTS MEDICINE, et al.,<br><br>Defendants. | 8:20CV78<br><br>**MEMORANDUM AND ORDER** |

On May 29, 2020, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. (Filing No. 11.) Thereafter, the court granted Plaintiff a 30-day extension of time, until July 29, 2020, to file an amended complaint. (Filing No. 13.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 13th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge